## Commonwealth *v.* Kunsman, Appellant.

Argued September 16, 1970. *Mark S. Refowich,* for appellant; *Alan B. McFall,* Assistant District Attorney, with him *Charles H. Spaziani,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Laney, Appellant.

Argued September 14, 1970. *Lawrence E. Wood,* Assistant Public Defender, for appellant; *William Butler, 4th,* Assistant District Attorney, with him *Norman J. Pine,* District Attorney. for Commonwealth, appellee.

Judgment of sentence affirmed.